UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALTICOR INC., et al.,

    Plaintiffs,

v.

LIYOU CHEN,

    Defendant.
_____/

Case No. 1:21-cv-737

Hon. Hala Y. Jarbou

## ORDER TO SHOW CAUSE

On January 18, 2022, an Entry of Default against Defendant Liyou Chen was issued pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (ECF No. 16). A review of the court record reveals that Plaintiffs have failed to submit pleadings necessary to obtain a default judgment against Defendant Liyou Chen. Therefore,

**IT IS ORDERED** that Plaintiffs shall, not later than **February 24, 2022**, submit documents necessary to obtain a default judgment against Defendant Liyou Chen or show cause in writing why the Court should not dismiss the case against Defendant Liyou Chen for lack of prosecution pursuant to W.D. Mich. LCivR 41.1.

Dated:  February 10, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE